## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| **WASHINGTON TIMES AVIATION USA LLC** )<br>3600 New York Avenue NE )<br>Washington, D.C. 20002, )<br> )<br>    and )<br> )<br>**TIMES AEROSPACE INTERNATIONAL LLC** )<br>3600 New York Avenue NE )<br>Washington, D.C. 20002, )<br> )<br> )<br> **Plaintiffs,** )<br> )<br>         **v.** )<br> )<br>**DOUGLAS D.M. JOO** )<br>(a/k/a Dong Moon Joo) )<br>7934 Orchard Park Way )<br>Bowie, MD 20715 )<br>Prince George's County, )<br> )<br> **Defendant.** )<br>_____ ) | Civil Action No._____<br><br>**JURY TRIAL DEMANDED** |

### FED R. CIV. P. RULE 7.1 AND LOCAL RULE 103.3
### DISCLOSURE OF CORPORATE INTERESTS FOR
### PLAINTIFFS WASHINGTON TIMES AVIATION USA LLC AND
### TIMES AEROSPACE INTERNATIONAL LLC

I, the undersigned, counsel of record for Plaintiffs Washington Times Aviation USA LLC

and Times Aerospace International LLC, certify to the best of my knowledge that:

1. Washington Times Aviation USA LLC is a privately held limited liability company organized under Delaware law.

2. Times Aerospace International LLC is a privately held limited liability company organized under Delaware law and wholly owns Washington Times Aviation USA LLC.

3. One Up Enterprises, Inc. is a privately held Delaware corporation and wholly owns Times Aerospace International LLC.

2496283.1

4. Unification Church International is a non-profit corporation organized under District of Columbia law and wholly owns One Up Enterprises, Inc.

5. No corporation, unincorporated association, partnership, or other business entity, not a party to the case other than as set out herein, has a financial interest in the outcome of this litigation for the plaintiff as defined in Local Rule 103.3 (D. Md).

DATED: January 11, 2010

Respectfully submitted,

Steven M. Salky, Federal Bar No. 05611
Blair G. Brown, Federal Bar No. 07801
ZUCKERMAN SPAEDER LLP
1800 M Street N.W., Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106

Counsel for Plaintiffs
Washington Times Aviation USA LLC
and Times Aerospace International LLC

2

2496278.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 11 January 2010, I served a copy of the foregoing FED R. CIV. P. RULE 7.1 AND LOCAL RULE 103.3 DISCLOSURE OF CORPORATE INTEREST FOR PLAINTIFF WASHINGTON TIMES AVIATION USA LLC and TIMES AEROSPACE INTERNATIONAL LLC by filing it electronically in the Court's CM/ECF system.

<u>       /s/  Blair G. Brown         </u>
Blair G. Brown

2496278.1