IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| WASHINGTON TIMES AVIATION USA LLC, *et. al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DOUGLAS D. M. JOO, )<br>)<br>Defendant. )<br>) | No. 8:10-CV-00065-PJM |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Washington Times Aviation USA LLC and Times Aerospace International LLC, having entered into a settlement agreement with Defendant Douglas D. M. Joo, hereby dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear his or its own attorney's fees, expenses, and costs.

Dated: July 25, 2014

Respectfully submitted,

/s/ Caroline Reynolds
Steven M. Salky, Federal Bar No. 05611
Blair G. Brown, Federal Bar No. 07801
Caroline E. Reynolds (*pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street N.W., Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106

*Counsel for Plaintiffs*
*Washington Times Aviation USA LLC and*
*Times Aerospace International LLC*

AGREED:

/s/ Frank R. Volpe/CER
Thomas C. Green (Federal Bar No. 03915)
Frank R. Volpe (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W. Washington, D.C. 20005
Tel: (202) 736-8000

*Counsel for Defendant Douglas D. M. Joo*

4548299.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2014, I caused a copy of the foregoing Stipulation of Dismissal With Prejudice to be served through the Court's ECF system on:

>Frank R. Volpe (fvolpe@sidley.com)
>Thomas C. Green (tcgreen@sidley.com)
>SIDLEY AUSTIN LLP
>1501 K Street, N.W.
>Washington, D.C. 20005-1401
>
>*Counsel for Defendant Douglas D. M. Joo*

/s/ Blair G. Brown
Blair G. Brown

4548299.1